BERT H. DEIXLER (SBN 070614)
(bdeixler@proskauer.com)
LARY ALAN RAPPAPORT (SBN 087614)
(lrappaport@proskauer.com)
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193

LOUIS M. SOLOMON (pro hac vice)
(lsolomon@proskauer.com)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Telephone:    (212) 969-3000
Facsimile:    (212) 969-2900

Counsel continued on final page

Counsel for Plaintiff *Real Estate Alliance Ltd.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| REAL ESTATE ALLIANCE LTD., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL ASSOCIATION OF REALTORS ET AL., <br><br> Defendants. <br><br> CHRISTY MORRISON, <br><br> Counterclaimant, <br><br> v. <br><br> REAL ESTATE ALLIANCE LTD., <br><br> Counterclaim Defendant. | CASE NO. CV 08-01657-GHK (AJW) <br><br> Hon. George H. King <br><br> **PLAINTIFF AND COUNTERCLAIM DEFENDANT REAL ESTATE ALLIANCE LTD.'S REPLY TO CHRISTY MORRISON'S COUNTERCLAIMS** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Case Filed:    March 11, 2008 <br> Trial Date:    None Set |

Plaintiff and counterclaim defendant Real Estate Alliance Ltd. ("REAL"), by and through counsel, hereby replies to the counterclaims of Christy Morrison ("Morrison"), which are numbered paragraphs 171 through 183 of Morrison's Answer to Complaint for Patent Infringement and Counterclaim for Declaratory Judgment ("Counterclaims"), as follows:

171. REAL lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 171 and, therefore, denies the same.

172. REAL admits that it is a corporation formed and existing under the laws of the State of Delaware and that it is located at P.O. Box 587, Southeastern, Pennsylvania 19399. REAL denies any remaining allegations contained in paragraph 172.

173. The allegations contained in paragraph 173 are legal conclusions, to which no response is required. To the extent that a response is deemed to be required, REAL admits that paragraph 173 purports to state the basis for subject matter jurisdiction over Morrison's counterclaims. REAL denies any remaining allegations contained in paragraph 173.

174. The allegations contained in paragraph 174 are legal conclusions, to which no response is required. To the extent that a response is deemed to be required, REAL admits that it does not contest personal jurisdiction in this judicial district in connection with the claims at issue. REAL denies any remaining allegations contained in paragraph 174.

175. The allegations contained in paragraph 175 are legal conclusions, to which no response is required. To the extent that a response is deemed to be required, REAL admits that it does not contest the propriety of venue in this judicial district for the above-captioned action. REAL denies any remaining allegations contained in paragraph 175.

176. REAL admits that it has filed a complaint in the above-captioned action ("Complaint"), that it owns United States Patent Numbers 4,870,576 and 5,032,989 ("Patents-in-Suit"), and that it alleged such ownership in the Complaint. REAL denies any remaining allegations in paragraph 176.

177. REAL admits that it has filed a Complaint in the above-captioned action, that Morrison has infringed and, as of the time of the Complaint in this action, continues to infringe the Patents-in-Suit, and that it alleged such infringement in the Complaint. REAL denies any remaining allegations contained in paragraph 177.

## COUNT I: DECLARATORY JUDGMENT OF NON-INFRINGEMENT

178. REAL realleges and incorporates by reference its admissions, denials and allegations in paragraphs 171 through 177 above as if fully set forth herein. REAL denies the allegations contained in paragraph 179, which are incorporated by reference into paragraph 178 of Morrison's Counterclaims.

179. REAL denies the allegations contained in paragraph 179.

180. REAL denies the allegations contained in paragraph 180.

## COUNT II: DECLARATORY JUDGMENT OF INVALIDITY

181. REAL realleges and incorporates by reference its admissions, denials and allegations in paragraphs 171 through 180 above as if fully set forth herein.

182. REAL denies the allegations contained in paragraph 182.

183. REAL denies the allegations contained in paragraph 183.

## FIRST AFFIRMATIVE DEFENSE

Morrison's counterclaims fail to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Morrison's counterclaims are barred by the doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE

Morrison's counterclaims are barred by the doctrine of estoppel.

## FOURTH AFFIRMATIVE DEFENSE

Morrison's counterclaims fail to state a claim because Morrison is infringing and as of the time of the Complaint continues to infringe the Patents-in-Suit, as set forth in the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

Morrison's counterclaims fail to state a claim because Morrison is inducing infringement and continues to induce infringement of the Patents-in-Suit, as set forth in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

Morrison's counterclaims fail to state a claim because Morrison is contributing to infringement and continues to contribute to the infringement of the Patents-in-Suit, as set forth in the Complaint.

## ADDITIONAL AFFIRMATIVE DEFENSES

REAL reserves the right to assert additional defenses that may become known or that are appropriate up to and including the time of trial.

## PRAYER FOR RELIEF

WHEREFORE, REAL prays for judgment and relief as follows:

1. Entry of judgment in its favor as to each of Morrison's counterclaims;
2. Costs of suit incurred herein, including attorneys' fees; and
3. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

REAL requests a jury trial of all issues triable by jury.

DATED: May 21, 2008          PROSKAUER ROSE LLP

      /s/   Louis M. Solomon
LOUIS M. SOLOMON (pro hac vice)
BERT H. DEIXLER (SBN 070614)
LARY ALAN RAPPAPORT (SBN 087614)

HARRY FRISCHER (pro hac vice)
THEODORE K. CHENG (pro hac vice)
ALEXANDER KAPLAN (pro hac vice)
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

JOSEPH A. CAPRARO, JR.(pro hac vice)
CHARLES SLADE (pro hac vice)
One International Place
Boston, MA 02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899

LAWRENCE A. HUSICK (pro hac vice)
DEBORAH A. LOGAN (SBN 146214)
LIPTON, WEINBERGER & HUSICK
P.O. Box 587
Southeastern, PA 19399-0587
Telephone: (610) 296-8259
Facsimile: s (610) 296-5816

Attorneys for Plaintiff *Real Estate Alliance Ltd.*

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On May 21, 2008, I served the forgoing document, described as:

**REAL ESTATE ALLIANCE LTD.'S REPLY TO
CHRISTY MORRISON'S COUNTERCLAIMS**

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

Amy I. Borlund
O'Brien Abeles
445 South Figueroa Street, Suite 3750
Los Angeles, CA 90071

☐ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to

☒ (By Mail) I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Personal Service) By personally delivering such envelope to the addressee.

☐ By causing such envelope to be delivered by the office of the addressee by OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery service.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 21, 2008 at Los Angeles, California.

_____     _____
Marie Ramirez                                                        Signature
Type or Print Name